**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HCPI/TENNESSEE, LLC,

        Plaintiff,

v.                                       Case No.: 6:23-cv-481-WWB-RMN

MODIS ARCHITECTS, LLC, H.J. HIGH
CONSTRUCTION COMPANY,
PROFESSIONAL SERVICE
INDUSTRIES, INC., AB CONSULTING
ENGINEERS, INC., MIDSTATE
CAULKING & CONSTRUCTION
SERVICES LLC and T&T
CONSTRUCTION OF CENTRAL FLA,
INC.,

        Defendants/Third
        Party Plaintiff,

AB CONSULTING ENGINEERS, INC.,
MIDSTATE CAULKING &
CONSTRUCTION SERVICES LLC and
T&T CONSTRUCTION OF CENTRAL
FLA, INC.,

        Third Party
Defendants.

_____/

**<u>ORDER</u>**

THIS CAUSE is before the Court upon *sua sponte* review of the file.  On March 29,

2023, the parties were notified of their obligation to comply with Local Rule 3.02(a)(2),

requiring the filing of a case management report within forty days after any defendant

appears.  (Doc. 12).  The parties were also cautioned that failure to comply with any local

rule or orders of this Court could result in dismissal of this case without further notice.

(Doc. 11).  The first Defendant appeared in this case on May 24, 2023, but no case management report has been filed and the time to do so has long since passed.

Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice** for failure to comply.  The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on July 18, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record